STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Ave. #1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>      *Plaintiff,*<br><br>v.<br><br>**SQUAREGPS, INC.,**<br><br>      *Defendant*. | **CASE NO. 2:21-cv-05656**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against SquareGPS, Inc. ("Defendant" or "SquareGPS") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a California corporation with its principal office located at 21550 W Oxnard St #970, Woodland Hills, CA 91367. On information and belief, Defendant may be served through its agent, Seth Schechter, 12707 High Bluff Dr., #200, San Diego, CA 92130.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11. A copy of the '365 Patent, titled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A.

12. The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.  Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '365 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., SquareGPS asset tracking platform, B2Field, and any associated hardware, apps, or other software) ("Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14.  The Product provides an asset tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://b2field.com/features/overview/



Real-time GPS tracking

Track your field agents and vehicles on a single map. Always be aware of the current location of your business assets. Make your field force management and fleet management more accurate.

Source: https://b2field.com/features/overview/

> **Field tracking in real time**
>
> Track on the map is the ultimate tool to refine discipline and performance of your mobile workers.
>
> Have X-GPS app installed on an employee's smartphone and enjoy full visibility of their current locations and activities.

Source: https://b2field.com/features/live-maps/real-time/

> **Awareness**
>
> Enhance your mobile workforce visibility. Track the real-time location on map and get instant notifications via email or SMS.

Source: https://b2field.com/features/overview/

> **Productivity**
>
> Increase business efficiency by automating and synchronizing daily operations between your field agents and back office.

Source: https://b2field.com/features/overview/

> Keep tabs on your mobile staff anytime during the shift
>
> Efficiently manage your mobile teams with real-time tracking during the day. Make sure employees show up at the job and arrive on time. Monitor locations and work statuses on the go.
>
> Advanced GPS and LBS technologies provide full HD tracking and accurate location even in remote areas (in the country, in dense cities and indoors).
>
> The track turns up nice and smooth and shows where a mobile worker is heading to and how fast they go.
>
> The app is device-agnostic and works perfectly fine on any mobile device or as a desktop app.

Source: https://b2field.com/features/live-maps/real-time/

> Put all teams on a single map
>
> View all your employees on a single map and enjoy the big picture.
>
> Assign urgent tasks to the nearest employees and find a substitute quickly and painlessly.
>
> B2Field is absolutely scalable to any company size. Make use of effective and intuitive tools, including tasks, groups (= departments), skill sets (tags), work statuses and many others.
>
> Assign users and roles to grant or restrict specific rights to mobile workers, supervisors and managers.

Source: https://b2field.com/features/live-maps/real-time/

COMPLAINT AGAINST SQUAREGPS, INC.



Source: https://b2field.com/features/live-maps/real-time/

15. The Product software sends a request from a first (requesting) positional information device (e.g., mobile device or desktop with software installed) to a server. The request is for the real-time location (e.g., stored address) of an asset, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product software used in the particular enterprise). The request is sent to the Product server for transmitting the asset location. The server receives the at least one address from a second (sending) positional information device at the asset (e.g., employee). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

## Cutting-edge technologies for most accurate indoors and outdoors tracking

When outside, X-GPS app will deploy the latest satellite-based location services. Make sure your smartphone uses Assisted-GPS or A-GPS feature. It helps acquire GPS signal faster and ensures accurate direction and speed of tracking.

Inside the buildings (in the malls or trade centers) LBS solutions will be of great help. Besides satellites, they use wireless networks to pinpoint the location. The option is very useful in the cities where Bluetooth and Wi-Fi hotspots never fall short.

Source: https://b2field.com/features/live-maps/real-time/

Please note: This app is intended for your mobile workers. Your company should already have an account in Mobile Workforce Management Service. During the first launch an employee will be asked for personal ID which is provided in the invitation from the company. Team's supervisors should use web Interface or 'X-GPS Monitor' app.

Source: https://play.google.com/store/apps/details?id=com.navixy.xgps.tracker

## Field tracking in real time

Track on the map is the ultimate tool to refine discipline and performance of your mobile workers.

Have X-GPS app installed on an employee's smartphone and enjoy full visibility of their current locations and activities.

Source: https://b2field.com/features/live-maps/real-time/

## Bring your own device

X-GPS Mobile app was designed for mobile devices (smartphones, tablets) of any brand and model running on Android and iOS.

The suite of tools is fully functional on both smartphones and tables and is absolutely device-agnostic. Bring any devices your team is most comfortable with and start B2Field today!

Source: https://b2field.com/features/live-maps/real-time/



16. The at least one address is received from the server at the requesting positional information device. For example the Product's server transmits the position of an asset (at least one address) to the requesting positional information device. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

8
COMPLAINT AGAINST SQUAREGPS, INC.

> **Cutting-edge technologies for most accurate indoors and outdoors tracking**
>
> When outside, X-GPS app will deploy the latest satellite-based location services. Make sure your smartphone uses Assisted-GPS or A-GPS feature. It helps acquire GPS signal faster and ensures accurate direction and speed of tracking.
>
> Inside the buildings (in the malls or trade centers) LBS solutions will be of great help. Besides satellites, they use wireless networks to pinpoint the location. The option is very useful in the cities where Bluetooth and Wi-Fi hotspots never fall short.

Source: https://b2field.com/features/live-maps/real-time/

> **Field tracking in real time**
>
> Track on the map is the ultimate tool to refine discipline and performance of your mobile workers.
>
> Have X-GPS app installed on an employee's smartphone and enjoy full visibility of their current locations and activities.

Source: https://b2field.com/features/live-maps/real-time/



Source: https://b2field.com/features/live-maps/real-time/

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product application installed on the requesting positional information device requests (from the server) the asset's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number or credentials (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number or asset credentials (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the asset.

Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> **Bring your own device**
>
> X-GPS Mobile app was designed for mobile devices (smartphones, tablets) of any brand and model running on Android and iOS.
>
> The suite of tools is fully functional on both smartphones and tables and is absolutely device-agnostic. Bring any devices your team is most comfortable with and start B2Field today!

Source: https://b2field.com/features/live-maps/real-time/

> **B2Field Service**
>
> Be smart to spend less
>
> Automate mobile workforce management to boost profits. Optimize fleet management to drive business efficiency.

Source: https://b2field.com/features/overview/

> Real-time GPS tracking
>
> Track your field agents and vehicles on a single map. Always be aware of the current location of your business assets. Make your field force management and fleet management more accurate.

Source: https://b2field.com/features/overview/

> Cutting-edge technologies for most accurate indoors and outdoors tracking
>
> When outside, X-GPS app will deploy the latest satellite-based location services. Make sure your smartphone uses Assisted-GPS or A-GPS feature. It helps acquire GPS signal faster and ensures accurate direction and speed of tracking.
>
> Inside the buildings (in the malls or trade centers) LBS solutions will be of great help. Besides satellites, they use wireless networks to pinpoint the location. The option is very useful in the cities where Bluetooth and Wi-Fi hotspots never fall short.

Source: https://b2field.com/features/live-maps/real-time/

COMPLAINT AGAINST SQUAREGPS, INC.

Case 2:21-cv-05656-GW-MAA   Document 1   Filed 07/13/21   Page 13 of 16   Page ID #:13



Source: https://b2field.com/features/live-maps/real-time/

Source: https://b2field.com/features/live-maps/real-time/

COMPLAINT AGAINST SQUAREGPS, INC.





18. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

19. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

20. Plaintiff is in compliance with 35 U.S.C. § 287.

<div style="text-align:center"><u>**PRAYER FOR RELIEF**</u></div>

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No.

9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

  (c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

  (d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

  (e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

## DEMAND FOR JURY TRIAL

Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: July 13, 2021    Respectfully submitted,

        */s/ Stephen M. Lobbin*
        **Attorney(s) for Plaintiff Social Positioning Input Systems, LLC**