STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SQUAREGPS, INC., <br><br> *Defendant*. | CASE NO.: 2:21-cv-05656-GW-MAA <br><br> **PLAINTIFF'S ANSWER AND TO COUNTERCLAIMS** |

Now comes Plaintiff, Social Positioning Input Systems, LLC ("Plaintiff," "Counterclaim Defendant," or "SPIS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff SquareGPS, Inc.'s ("Defendant," "Counterclaim Plaintiff," or "SquareGPS") Counterclaims [Doc. 13] (hereafter the "Counterclaims") as follows:

### PARTIES

1.    SPIS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2.    Admitted.

## JURISDICTION

3. SPIS incorporates by reference each of its answers in paragraphs 1-2 above.

4. SPIS admits that jurisdiction is proper.

5. Admitted.

6. SPIS admits that venue is proper. SPIS denies any remaining allegations in paragraph 6.

## COUNT I

7. SPIS incorporates by reference each of its answers in paragraphs 1-6 above.

8. SPIS admits that an actual controversy exists concerning infringement of the '365 Patent. SPIS denies any remaining allegations contained in paragraph 8.

9. Denied.

10. SPIS admits that SquareGPS seeks a declaratory judgment. SPIS denies any remaining allegations contained in paragraph 10.

## COUNT II

11. SPIS incorporates by reference each of its answers in paragraphs 1-10 above.

12. SPIS admits that an actual controversy exists regarding validity of the '365 Patent. SPIS denies any remaining allegations contained in paragraph 12.

13. Denied.

14. Denied.

15. SPIS admits that SquareGPS seeks a declaratory judgment. SPIS denies any remaining allegations contained in paragraph 15.

16. Denied.

## PRAYER FOR RELIEF

To the extent a response is required, SPIS denies that SquareGPS is entitled to any of the relief requested.

Dated: August 26, 2021              Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Social Positioning Input Systems, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*

PLAINTIFF'S ANSWERS AND DEFENSES TO DEFENDANT'S COUNTERCLAIMS