| | |
|---|---|
| Rodeen Talebi (CA SBN 320392) <br> FISH & RICHARDSON P.C. <br> 633 West Fifth Street, 26th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 533-4240 <br> Facsimile: (858) 678-5099 <br> Email: talebi@fr.com | Jay Johnson <br> Kizzia Johnson, PLLC <br> 1910 Pacific Avenue, Suite 13000 <br> Dallas, TX 75201 <br> Telephone: (469) 893-9941 <br> Facsimile: (214) 451-0165 <br> Email: jay@kjpllc.com |

Neil J. McNabnay (*pro hac vice*)
Ricardo J. Bonilla (*pro hac vice*)
Noel Chakkalakal (*pro hac vice)*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

Attorneys for Defendant
SquareGPS, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SQUAREGPS, INC., <br>                    Defendant. | **CIVIL ACTION NO. 2:21-CV-05656-GW-MAA** <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

1

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Social Positioning Input Systems, LLC and Defendant SquareGPS, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 8, 2021        By: */s/ Rodeen Talebi*
                                Rodeen Talebi

Dated: September 8, 2021        By: */s/ Jay Johnson*
                                Jay Johnson