JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SQUAREGPS, INC.<br><br>Defendant. | Case No. CV 21-5656-GW-MAAx<br><br>**ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this Plaintiff's action is dismissed with prejudice. Defendant's action is dismissed without prejudice. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 9, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE